UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20365-CR-MORENO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MAX MOGHADDAM,

    Defendant.
_____/

## ORDER OVERULING OBJECTIONS, ADOPTING REPORT AND RECOMMENDATION and DENYING MOTION TO SUPPRESS

THIS CAUSE came before the Court upon defendant's objections to the report and recommendation of the Magistrate Judge **[D.E. #49]** and the Court being fully advised in the premises, it is

ORDERED and ADJUDGED that the objections are overruled. The Court adopts the Report and Recommendation of Magistrate Judge Edwin Torres and the motion to quash search warrant and suppress evidence is **DENIED** for the reasons stated in Open Court.

DONE and ORDERED in Open Court this 7th day of October, 2008 in Miami-Dade County Florida and signed this _____ day of October, 2008.

                                                                          FEDERICO A. MORENO
                                                                          UNITED STATES DISTRICT JUDGE

Copies furnished to:
All counsel of record